No. 468. ROEDENBECK FARMS, INC., ET AL. *v.* BROUSSARD ET AL.

November 6, 1939. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a properly presented substantial federal question. (1) *Mutual Life Ins. Co.* v. *McGrew,* 188 U. S. 291, 308; *Zadig* v. *Baldwin,* 166 U. S. 485, 488; *Home for Incurables* v. *City of New York,* 187 U. S. 155, 158; (2) *Roberts* v. *City of New York,* 295 U. S. 264, 278; *Seattle Ry.* v. *Linhoff,* 231 U. S. 568, 570; *Cross Lake Shooting & Fishing Club* v. *Louisiana,* 224 U. S. 632, 638; *Ross* v. *Oregon,* 227 U. S. 150, 162. *Mr. John H. Crooker* for appellants. *Messrs. E. B. Pickett, E. E. Easterling,* and *Will E. Orgain* for appellees.

*Messrs. William D. Gordon* and *E. E. Easterling* for Marrs McLean, appellee.